## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| CHIA CHIH HSU, derivatively on behalf of UPSTART HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID J. GIROUARD, SANJAY DATTA, JEFF HUBER, KERRY COOPER, SUKHINDER SINGH CASSIDY, HILLIARD TERRY, MARY HENTGES, CIARAN O'KELLEY, PAUL GU, and ROBERT SCHWARTZ <br><br> Defendants, <br><br> and <br><br> UPSTART HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 1:23-CV-00132-MN |

### STIPULATION AND ORDER TO STAY PROCEEDINGS

Plaintiff Chia Chih Hsu ("Plaintiff") and Defendants David J. Girouard, Sanjay Datta, Jeff Huber, Kerry Cooper, Sukhinder Singh Cassidy, Hilliard Terry, Mary Hentges, Ciaran O'Kelley, Paul Gu, and Robert Schwartz ("Individual Defendants") and nominal defendant Upstart Holdings, Inc. ("Upstart"; with Individual Defendants, "Defendants"; together with Plaintiff, "Parties") submit this stipulation and accompanying proposed order staying the action pending the resolution of a related securities class action currently before the Honorable Chief Judge Algenon L. Marbley in the Southern District of Ohio.  The Parties, by and through their counsel of record, hereby stipulate to the following:

WHEREAS, on February 3, 2023, Plaintiff filed a stockholder derivative action in this Court, purportedly on behalf of nominal defendant Upstart, captioned *Hsu v. Girouard et al.*, Case No. 1:23-CV-00132-MN (the "Derivative Action");

WHEREAS, there is a factually related securities class action captioned *Crain v. Upstart Holdings, Inc. et al.*, Case No. 2:22-CV-02935-ALM-EPD (the "Securities Class Action"), pending in the Southern District of Ohio before Chief Judge Marbley;

WHEREAS, Upstart, David J. Girouard, Paul Gu, Robert Schwartz, and Sanjay Datta, named defendants in the Securities Class Action, are also named as defendants or nominal defendant in the Derivative Action;

WHEREAS, counsel for the Parties in the Derivative Action have conferred regarding the status of this litigation and the appropriate next steps;

WHEREAS, based upon the overlapping parties and factual allegations contained in the Derivative Action and the Securities Class Action, and to avoid the unnecessary expenditure of judicial resources, the Parties to the Derivative Action have agreed, subject to this Court's approval, to a limited stay of the Derivative Action until such time that the Securities Class Action has been resolved;

WHEREAS, the Parties therefore respectfully submit that such a stay of the Derivative Action is appropriate;

WHEREFORE, the Parties, through their undersigned counsel stipulate and agree, subject to the approval of the Court, as follows:

1.      Defendants accept service of the Complaint in this matter, to the extent that service has not yet been perfected on any Defendant;

2.      Except as noted below, all proceedings in the above-captioned Derivative Action, including any motions practice, obligation to respond to the complaint and any amended complaint, and all discovery and disclosure obligations under the applicable local and federal rules, are hereby stayed until the resolution of the Securities Class Action.

3.      During the stay, Plaintiff may file amended complaints, but Defendants need not answer, move, or otherwise respond thereto during the pendency of the stay.

4.      Defendants shall promptly notify Plaintiffs of any related derivative actions that they become aware of.  Defendants shall promptly notify Plaintiff if any related stockholder derivative action is not stayed for the same duration as the stay of the Derivative Action.  Plaintiff may lift the stay upon thirty (30) days' notice to Defendants' undersigned counsel by email in the event any related derivative action is not stayed for the same duration as the stay of the Derivative Action.

5.      During the pendency of the stay, Defendants shall promptly produce to Plaintiffs any documents produced in any related derivative actions or in any related threatened derivative matters (including to a stockholder who made a Section 220 books and records demand), subject to a mutually agreeable confidentiality agreement/protective order.

6.      Plaintiffs shall be included in any mediation and in any formal settlement talks between the parties in the Securities Class Action, and in any mediation and in any formal settlement talks between the parties in any related derivative actions or related threatened derivative matters that involve any of the Defendants named in this Derivative Action.  Upon termination of the stay, Defendants shall not move to stay the Derivative Action in deference to another derivative action.

7.      Within twenty (20) days after the termination of the stay, the Parties shall meet and confer and submit a proposed scheduling order governing further proceedings in the Derivative Action.

8.      Nothing in this stipulation shall be construed as a waiver of, or prejudice to, any claim, defense, argument, motion or any other request for relief that any party would otherwise

have in the Derivative Action, except as to sufficiency of service of process.

Dated: February 16, 2023                    Respectfully submitted,


                                            **FARNAN LLP**
                                            *s/ Brian J. Farnan*
                                            Brian E. Farnan (Bar No. 4089)
                                            Michael J. Farnan (Bar No. 5165)
                                            919 N. Market St., 12th Floor
                                            Wilmington, DE 19801
                                            Telephone:    (302) 777-0300
                                            Facsimile:    (302) 777-0301
                                            Email: bfarnan@farnanlaw.com
                                            Email: mfarnan@farnanlaw.com

                                            **THE ROSEN LAW FIRM, P.A.**
                                            Erica Stone
                                            Phillip Kim
                                            275 Madison Avenue, 40th Floor
                                            New York, NY  10016
                                            Telephone: (212)  686-1060
                                            Facsimile:  (212) 202-3827
                                            Email: estone@ronselegal.com


                                            *Attorneys for Plaintiff Chia Chih Hsu*

Dated: February 16, 2023

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

*s/ Andrew D. Cordo*
Andrew D. Cordo (Bar No. 4534)
Nora M. Crawford (Bar No. 6399)
222 Delaware Ave #800,
Wilmington, DE 19801
Telephone:     (302) 304-7600
Email: acordo@wsgr.com
Email: ncrawford@wsgr.com

Caz Hashemi (*Pro Hac Vice*)
Benjamin M. Crosson (*Pro Hac Vice*)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:     (650) 493-9300
Facsimile:      (650) 493-6811
Email: chashemi@wsgr.com
Email: bcrosson@wsgr.com

*Attorneys for Individual Defendants and Upstart*
*Holdings, Inc.*

**SO ORDERED** this 16th day of February 2023.

The Honorable Maryellen Noreika
United State District Judge

5